IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20991
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEXANDER CORDOVA,
also known as John Balloutine,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-94-101-11
- - - - - - - - - -
June 18, 1997

Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Alexander Cordova appeals his sentence for conspiracy to possess with intent to distribute more than 5 kilograms of cocaine. He argues that under § 3B1.2 of the guidelines, he should have received a four-level reduction in his offense level for being a "minimal participant" instead of the two-level reduction he received for being a "minor participant."

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Cordova was responsible for more than 800 kilograms of cocaine. The district court did not clearly err in its determination that Cordova was a "minor" rather than a "minimal" participant in the crime for which he was convicted. See United States v. Buenrostro, 868 F.2d 135, 137-38 (5th Cir. 1989).

AFFIRMED.